Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 27, 2007








Petition for Writ of
Mandamus Denied and Memorandum Opinion filed February 27, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00128-CV

____________

 

IN RE PEDRO ANTONIO REYNAGA,

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On
February 15, 2007, relator Pedro Antonio Reynaga, an inmate, filed a mandamus
petition in this court[1] concerning
his conviction in 1978 for driving while intoxicated.  Relator states the
judgment was not signed, so he filed an A11.09,@ and now seeks an order compelling
the trial court to respond.  

Relator
fails to establish that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus.    

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed February
27, 2007.

Panel consists of Chief Justice Hedges and Justices
Fowler and Edelman.  









[1]See Tex. Gov=t Code Ann.
' 22.221 (Vernon 2004).